IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DESIREE LEE SALTKILL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-25-CA-00390-FB |
| | § | |
| CAVENDER TOYOTA, and TOYOTA MOTOR CREDIT CORPORATION, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Report and Recommendation of United States Magistrate Judge (docket no. 42) concerning the Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (docket no. 14) filed by Defendant Cavender Toyota, and the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (docket no. 19) filed by Defendant Toyota Motor Credit Corporation, along with *pro se* Plaintiff Desiree Lee Saltkill's written objections thereto (docket no. 47) and additional written notices (docket nos. 45, 46, 48).

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether it is clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

On the other hand, any Report and Recommendation to which objection is made requires de novo review by the Court. Such a review means that the Court will examine the entire record, and will

make an independent assessment of the law. The Court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987).

The Court has thoroughly analyzed Plaintiff's submissions in light of the entire record. As required by Title 28 U.S.C. § 636(b)(1)(c), the Court has conducted an independent review of the entire record in this cause and has conducted a de novo review with respect to those matters raised by the objections. After due consideration, the Court concludes the objections and additional notices lack merit.

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge (docket no. 3) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant Cavender's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (docket no. 14) and Defendant Toyota Motor Credit Corporation's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (contained within docket no. 19) are GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED that remaining motions pending with the Court are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of July, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE